**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSEPH J. GONZALES,

      Plaintiff,

v.                                                                                                              No. 1:23-cv-00393-JHR

MARTIN O'MALLEY,
Commissioner of Social Security,

      Defendant.

## **FINAL JUDGMENT**

Pursuant to the order entered concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby remands this matter to the Commissioner for further proceedings.

_____
Hon. Jerry H. Ritter
United States Magistrate Judge
Presiding by Consent